IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL HIGGINBOTHAM,<br><br>　　　　Defendant.<br>_____ / | No. CR 10-703 MMC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENT TO MOTION** |

　　Before the Court is defendant Michael Higginbotham's "Motion for Extension of Time To Prepare and File a Memorandum in Supp[o]rt of His 28 U.S.C. §2255," filed November 21, 2011. Having read and considered the motion, the Court rules as follows.

　　By order issued October 28, 2011, the Court granted defendant's request for leave to supplement and file a memorandum of law in support of his Motion to Set Aside and Vacate Sentence pursuant to 28 U.S.C. § 2255, and ordered defendant to file his supplement no later than December 2, 2011. (See Dkt. No. 52.) By the instant motion, defendant requests an additional 30 days to file his supplemental memorandum, due to an intervening prison lockdown.

//
//
//
//

Good cause appearing, said request is hereby GRANTED. Defendant shall file his supplemental memorandum no later than January 3, 2012.

**IT IS SO ORDERED.**

Dated: November 28, 2011

_____
MAXINE M. CHESNEY
United States District Judge