ANDRÉ BIROTTE JR. (CSBN 155627)
United States Attorney, Central District of California

JUSTIN R. RHOADES (CSBN 230463)
XOCHITL ARTEAGA (CSBN 227034)
Assistant United States Attorneys
Special Assistants to the U.S. Attorney General

   1500 U.S. Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3380/0500
   FAX: (213) 894-3713
   Email:    justin.rhoades@usdoj.gov
              xochitl.arteaga@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> MICHAEL HIGGINBOTHAM, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR 10-703-MMC <br><br> ~~PROPOSED~~ ORDER |

Upon a showing of good cause, the Court finds that by his Motion to Vacate, Set Aside or Correct His Sentence, filed on December 7, 2011, defendant Michael Higginbotham ("defendant") raises claims of ineffective assistance of counsel and that the government cannot fully respond to these claims without the requested waiver of the attorney-client privilege and requested discovery. The Court therefore ORDERS that a response from the government to the motion is stayed until further order of the Court.

The Court finds that if defendant chooses to proceed with the claims raised in his motion, he has waived the attorney-client privilege in limited part, specifically as to the matters raised in that motion. Therefore, the Court ORDERS that defendant respond within __30__ days whether he will withdraw the claims raised in his motion.

The Court further finds that upon a response from defendant, if defendant chooses to proceed with his motion, it will enter a further order that (1) defendant has waived the attorney-client privilege in limited part, specifically as to the areas raised in the Motion to Vacate, Set Aside or Correct His Sentence, filed December 7, 2011; (2) that the government is entitled to inquire of First Assistant Federal Public Defender Geoffrey Hansen regarding any oral communications with defendant and review any written communications with the defendant relating to the subject areas raised in defendant's claims; (3) that the government is precluded from using the privileged materials for any purpose other than litigating the Motion to Vacate, Set Aside or Correct His Sentence; and (4) that the government may not disclose these materials to any other persons, including law enforcement or prosecutorial agencies, excluding other representatives of the United States Attorney's Office who are assisting in responding to this motion.

SO ORDERED:

Dated: January 4, ~~2011~~ 2012

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge